UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JOSEPH LAMBERT,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF WARSAW, *et al.*,<br><br>Defendants. | CASE NO. 3:21-CV-413-JD-MGG |

**REPORT AND RECOMMENDATION**

On July 6, 2021, this Court granted Plaintiff's former counsel's motion to withdraw her appearance based upon counsel's motion that demonstrated compliance with N.D. Ind. L.R. 83-8(c). [DE 8]. The Court also ordered Plaintiff, no longer represented by counsel, "to file a status report on or before **August 6, 2021**, indicating whether he intends to continue prosecuting this action with or without representation." [DE 8 at 1 (emphasis in original)]. The Court then advised Plaintiff that "[f]ailure to respond to this order may result in a dismissal of this case." [DE 8 at 1].

As of August 12, 2021, the Plaintiff had not filed the status report as ordered. The Court then issued another order on August 12, 2021, to afford Plaintiff one more opportunity to comply with the Court's July 6, 2021 order. [DE 10 at 1]. The Court ordered Plaintiff to file his status report no later than **August 20, 2021**, informing the Court of his intentions related to representation in this matter. The Court advised again that failure to comply with that order could result in a dismissal of this case. [DE 10 at 1].

As of this date, Plaintiff has filed nothing in response to the Court's orders. Therefore, the undersigned can only assume that Plaintiff has abandoned his instant claims against Defendants. Accordingly, the undersigned **RECOMMENDS** that the Court **DISMISS** Plaintiff's case **WITHOUT PREJUDICE** for lack of prosecution and failure to comply with Court orders.

> **NOTICE IS HEREBY GIVEN that within fourteen (14) days after being served with a copy of this recommended disposition a party may serve and file specific, written objections to the proposed findings and/or recommendations. Fed. R. Civ. P. 72(b). FAILURE TO FILE OBJECTIONS WITHIN THE SPECIFIED TIME WAIVES THE RIGHT TO APPEAL THE DISTRICT COURT'S ORDER.**

**SO ORDERED** this 24th day of August 2021.

        s/Michael G. Gotsch, Sr.
        Michael G. Gotsch, Sr.
        United States Magistrate Judge